**Carl MELTON, d/b/a Carl Melton Motor Co., Appellant,**

v.

**J. M. COUCH, Appellee.**

Court of Appeals of Kentucky.

March 18, 1955.

———◆———

Isaac Turner, Hyden, for appellant.

Will C. Hoskins, Denver Adams, Hyden, for appellee

PER CURIAM.

Motion for an appeal from the Leslie Circuit Court by appellant, Carl Melton, who does business as Carl Melton Motor Company, from a judgment in favor of appellee, J. M. Couch, for damages in the sum of $400 resulting from the wrongful detention of a truck. We believe that the case was correctly submitted to the jury under the instructions given by the court.

A consideration of the record and of the points raised by appellant has failed to disclose any error prejudicial to appellant's substantial rights and the judgment is, therefore, affirmed.